ATTORNEYS FOR APPELLANT VEOLIA WATER
INDIANAPOLIS, LLC
Matthew W. Melton
Cynthia E. Lasher
Peter A. Schroeder
Indianapolis, Indiana


ATTORNEYS FOR APPELLANTS CITY OF
INDIANAPOLIS, DEPARTMENT OF WATERWORKS AND
CITY OF INDIANAPOLIS
Karl L. Mulvaney
Brian W. Welch
Carl A. Hayes
Indianapolis, Indiana

ATTORNEYS FOR APPELLEES
Robert A. Smith
Ary Avnet
Noblesville, Indiana



FILED

Jul 09 2014, 11:11 am

CLERK
of the supreme court,
court of appeals and
tax court

# In the
# Indiana Supreme Court

No. 49S04-1301-PL-00008

VEOLIA WATER INDIANAPOLIS, LLC,
CITY OF INDIANAPOLIS, DEPARTMENT OF
WATERWORKS, AND CITY OF INDIANAPOLIS,

*Appellants (Defendants below),*

v.

NATIONAL TRUST INSURANCE COMPANY
AND FCCI INSURANCE COMPANY A/S/O
ULTRA STEAK, INC. D/B/A TEXAS
ROADHOUSE,

*Appellees (Plaintiffs below).*

Appeal from the Marion County Superior Court, No. 49D12-1010-PL-044624
The Honorable Heather A. Welch, Judge

On Petition for Rehearing

**July 9, 2014**

**David, Justice.**

Veolia seeks rehearing and asks this Court to determine whether the Insurers are third-party beneficiaries to the Management Agreement between Veolia and the City of Indianapolis. We now grant rehearing. As to all issues not expressly addressed in our principal opinion, the Court of Appeals is summarily affirmed pursuant to Ind. Appellate Rule 58(A)(2).

Dickson, C.J., Rucker, Massa, and Rush, J.J., concur.

2